IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN BASSLER**<br><br>                    Plaintiff,<br>vs.<br><br>**ASSET ACCEPTANCE, LLC**<br><br>                    Defendant, | Case No: 15-cv-00429-DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal of Action with Prejudice is GRANTED. This action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: July 6, 2015

_____
DANA M. SABRAW
UNITED STATES DISTRICT JUDGE